UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH BRIM,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PAUL THOMPSON,<br><br>　　　　　Respondent. | No. 2:19-cv-1682 JAM KJN P<br><br><br>ORDER |

Petitioner has requested an extension of time to file and serve objections to the September 23, 2019 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 8) is granted; and

2. Petitioner shall file and serve his objections within thirty days from the date of this order.

Dated:  October 17, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

brim1682.111